IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA DAVIS                                                      PLAINTIFF

V.                        4:09CV00030 JMM

THE GOODYEAR TIRE & RUBBER COMPANY         DEFENDANT

## JUDGMENT

Pursuant to the Order entered on April 26, 2010, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.  The case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of February, 2010.

_____
James M. Moody
United States District Judge